THE PEOPLE OF THE STATE OF NEW YORK ex rel. MITCHEL D.G., Appellant, v INTERFAITH MEDICAL CENTER et al., Respondents.

Submitted June 3, 2013; decided June 27, 2013

Motion to dismiss appeal granted and appeal dismissed, without costs, on the ground that relator has been released and, therefore, his liberty is no longer restrained to such a degree as to entitle him to the extraordinary writ of habeas corpus (*see* CPLR 7002 [a]; *see also People ex rel. Wilder v Markley*, 26 NY2d 648 [1970]).